UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH WAGNER,

      Plaintiff,

v.

LAMB,

      Defendant.

Case No. 26-cv-11949

Honorable Robert J. White

## OPINION AND ORDER DISMISSING
## THE COMPLAINT WITHOUT PREJUDICE

Plaintiff Keith Wagner is a state inmate in the custody of the Michigan Department of Corrections (the "MDOC"). He has filed a civil rights action under 42 U.S.C. § 1983. (ECF No. 1.) Because Wagner's complaint is duplicative of an earlier-filed action pending before another Judge of this Court, the Court will dismiss the case without prejudice.

In his complaint, Wagner alleges that Defendant Lamb, a corrections officer at the G. Robert Cotton Correctional Facility in Jackson, Michigan, violated his Eighth Amendment right to be free from cruel and unusual punishment. Wagner alleges that, on March 4, 2025, Defendant Lamb repeatedly kneed him in the back

while he was having a seizure. Wagner states that Lamb's actions caused multiple compression fractures in his lumbar spine.  (*Id.* at PageID.4.)

Wagner previously filed an identical lawsuit against the same defendant raising the same claim, which remains pending before the Honorable Brandy R. McMillion.  *See Wagner v. Lamb*, Case No. 26-11914 (E.D. Mich.).  As a general rule, district courts have discretion to manage their dockets and may dismiss duplicative actions.  *Patterson v. UnitedHealth Grp., Inc.*, 161 F.4th 415, 426 (6th Cir. 2025); *see also Smith v. S.E.C.*, 129 F.3d 356, 361 (6th Cir. 1997) (holding that when duplicative suits are filed, "the entire action should be decided by the court in which an action was first filed").  A duplicative suit is one in which the issues "have such an identity that a determination in one action leaves little or nothing to be determined in the other." *Smith*, 129 F.3d at 361.

The complaint filed in this action is duplicative of the case pending before Judge McMillion because it raises the same claim against the same defendant and seeks the same relief. Accordingly, the complaint will be dismissed without prejudice.

Also pending before the Court is Wagner's application to proceed without prepayment of fees or costs.  (ECF No. 2.)  Because the complaints are identical, the Court concludes that Wagner may have submitted the duplicate complaint in error.

Accordingly, the Court will deny Wagner's application to proceed without prepayment of fees or costs as moot and will not assess a filing fee in this action.

IT IS ORDERED that the complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Wagner's application to proceed without prepayment of fees or costs (ECF No. 2) is DENIED AS MOOT.

Dated: June 25, 2026                          s/Robert J. White                     
                                             Robert J. White
                                             United States District Judge

3